# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CASEY STERK and KEVIN MAHER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs<br><br>vs.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>    Defendants | Civil Action No. 20-11059(MAS)(LHG) |
| YURI ALISHAEV, ABRAHAM JEREMIAS, and MORRIS JEREMIAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>    Defendants | Civil Action No. 20-11329(MAS)(LHG) |
| JEFFERY TOMASULO and CHRISTOPHER DEPAOLI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>    Defendants | Civil Action No. 20-12111(MAS)(LHG)<br><br>**ORDER STAYING TIME TO ANSWER, MOVE OR OTHERWISE REPLY** |

| | |
|---|---|
| JEFF BRAUN OF ML OPTIONS TRADING, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>    Defendants. | Civil Action No. 20-12217(MAS)(LHG) |
| DON TRAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>    Defendants | Civil Action No. 20-12261(MAS)(LHG) |
| MARK SERRI, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF NOVA SCOTIA, *et al.*<br><br>    Defendants. | Civil Action No. 20-12927(MAS)(LHG) |

| | |
|---|---|
| LARRY BLANKENSHIP On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>Defendants. | Civil Action No. 20-12998(MAS)(LHG) |
| PORT 22, LLC, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>Defendants | Civil Action No. 20-12999(MAS)(LHG) |
| ARTHUR H. LAMBORN, JR., on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NOVA SCOTIA, *et al.*<br><br>Defendants. | Civil Action No. 20-13035(MAS)(LHG) |
| ROBERT CHARLES CLASS A, L.P., on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NOVA SCOTIA, *et al.*<br><br>Defendants. | Civil Action No. 20-13116(MAS)(LHG) |

**THIS MATTER** having been brought to the Court by counsel for Defendants The Bank of Nova Scotia, Scotia Capital (USA) Inc., Scotia Holdings (US) Inc., Scotiabanc Inc., and The Bank of Nova Scotia Trust Company of New York (collectively, "BNS Defendants") for an order staying *sine die* all Defendants' time to answer, move, or otherwise reply to any of Plaintiffs' complaints in the above-captioned actions; and all parties having consented to the relief sought; and the Court having found that justification exists to grant the requested stay:

It is hereby **ORDERED** on this 5th day of October, 2020, that Defendants' time to answer, move, or otherwise reply to any of Plaintiffs' complaints in the above-captioned actions is hereby stayed for 60 days or, in the alternative, for 30 days after the Court decides the parties' Motion for Consolidation, whichever is sooner.

_____
Hon. Lois H. Goodman, U.S.M.J.