James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  (973) 994-1700
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CASEY STERK and KEVIN MAHER, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>THE BANK OF NOVA SCOTIA, et al.,<br><br>                Defendants. | Civil Action No. 20-110597(MAS)(LHG)<br><br><br><br>**ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, co-counsel for Plaintiff, and counsel for Defendants consenting hereto, and the Court having considered the moving papers, and good cause appearing,

IT IS THIS 8th day of October, 2020

ORDERED that Linda P. Nussbaum is hereby admitted *pro hac vice* on behalf of Plaintiff in the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and that Carella, Byrne, Cecchi, Olstein, Brody & Agnello shall enter all appearances and be responsible for signed papers and for the conduct of the attorneys admitted herewith; and it is further

ORDERED that Linda P. Nussbaum shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which she continues to appear *pro hac vice* in this matter, and $150 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

_____
LOIS H. GOODMAN, U.S.M.J.