**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CASEY STERK and KEVIN MAHER, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs<br><br>vs.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>              Defendants | Civil Action No. 20-11059(MAS)(LHG) |
| YURI ALISHAEV, ABRAHAM JEREMIAS, and MORRIS JEREMIAS, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>              Defendants | Civil Action No. 20-11329(MAS)(LHG) |
| JEFFERY TOMASULO and CHRISTOPHER DEPAOLI, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>              Defendants | Civil Action No. 20-12111(MAS)(LHG)<br><br><br>**ORDER** |

| | |
|---|---|
| JEFF BRAUN OF ML OPTIONS TRADING, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>　　　　　Defendants. | Civil Action No. 20-12217(MAS)(LHG) |
| DON TRAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>　　　　　Defendants | Civil Action No. 20-12261(MAS)(LHG) |
| MARK SERRI, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF NOVA SCOTIA, *et al.*<br><br>　　　　　Defendants. | Civil Action No. 20-12927(MAS)(LHG) |

| | |
|---|---|
| LARRY BLANKENSHIP On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*,<br><br>Defendants. | Civil Action No. 20-12998(MAS)(LHG) |
| LARRY BLANKENSHIP On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>Defendants. | Civil Action No. 20-12998(MAS)(LHG) |
| PORT 22, LLC, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>Defendants | Civil Action No. 20-12999(MAS)(LHG) |
| ARTHUR H. LAMBORN, JR., on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NOVA SCOTIA, *et al.*<br><br>Defendants. | Civil Action No. 20-13035(MAS)(LHG) |

3

| | |
|---|---|
| ROBERT CHARLES CLASS A, L.P., on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NOVA SCOTIA, *et al.*<br><br>Defendants. | Civil Action No. 20-13116(MAS)(LHG) |

THIS MATTER having been opened to the Court by counsel for Plaintiffs, and the Court having reviewed Plaintiffs' submission dated September 25, 2020, and for good cause appearing,

IT IS THIS 13th day of October, 2020

ORDERED as follows:

1. The Court makes the following appointments in accordance with Fed.R.Civ.P. 23(g)(3):

**Interim Lead Co-Lead Counsel**

Linda Nussbaum, Patrick Coughlin, Christopher Burke, George Zeles

**Court/Government Liaison**

James E. Cecchi

**Executive Committee**

Karen Lerner, Anthony Fata, Joseph Meltzer, Kellie Lerner

The foregoing appointments are personal to the individual attorney appointed. The Court may add or replace members upon request from Co-Lead Counsel or on its own motion, if and as circumstances warrant.

2. Interim Co-Lead Counsel and Liaison shall, in their discretion, be responsible for coordinating Plaintiffs' pretrial activities and shall:

   a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and Defendants the position of Plaintiffs on all matters arising during pretrial proceedings;

   b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of Fed.R.Civ.P. 26, including the preparation of master interrogatories and master requests for production of documents and coordinate the examination of witnesses in depositions;

   c. Coordinate discovery efforts with co-counsel to ensure that discovery is conducted in an efficient, orderly, and non-duplicative manner;

   d. Conduct and coordinate settlement negotiations;

   e. Delegate specific tasks to other counsel or committees of counsel, as authorized by the Court, in a manner to ensure that pretrial preparation is conducted efficiently and effectively;

   f. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

   g. Prepare and distribute periodic status reports to the parties;

   h. Maintain adequate time and disbursement records covering services for all Plaintiff counsel in these actions;

   i. Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

   j. Perform such other duties as may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court; and

   k. Appoint additional committees, as necessary, including but not limited to expert, discovery, trial, and settlement committees.

   l. Allocate among Plaintiffs' counsel any award of attorney's fees and expenses.

**So Ordered this 13th day of October, 2020.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**

5