# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CASEY STERK and KEVIN MAHER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs<br><br>vs.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>　　　　　　　Defendants | Civil Action No. 20-11059(MAS)(LHG) |
| YURI ALISHAEV, ABRAHAM JEREMIAS, and MORRIS JEREMIAS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>　　　　　　　Defendants | Civil Action No. 20-11329(MAS)(LHG) |
| JEFFERY TOMASULO and CHRISTOPHER DEPAOLI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>　　　　　　　Defendants | Civil Action No. 20-12111(MAS)(LHG)<br><br><br>**STIPULATION and ORDER** |

| | |
|---|---|
| JEFF BRAUN OF ML OPTIONS TRADING, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>    Defendants. | Civil Action No. 20-12217(MAS)(LHG) |
| DON TRAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>    Defendants | Civil Action No. 20-12261(MAS)(LHG) |
| MARK SERRI, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF NOVA SCOTIA, *et al.*<br><br>    Defendants. | Civil Action No. 20-12927(MAS)(LHG) |
| LARRY BLANKENSHIP On Behalf Of Himself And All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*<br><br>    Defendants. | Civil Action No. 20-12998(MAS)(LHG) |

| | |
|---|---|
| PORT 22, LLC, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE BANK OF NOVA SCOTIA, *et al.* <br><br> Defendants | Civil Action No. 20-12999(MAS)(LHG) |
| ARTHUR H. LAMBORN, JR., on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF NOVA SCOTIA, *et al.* <br><br> Defendants. | Civil Action No. 20-13035(MAS)(LHG) |
| ROBERT CHARLES CLASS A, L.P., on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF NOVA SCOTIA, *et al.* <br><br> Defendants. | Civil Action No. 20-13116(MAS)(LHG) |

IT IS HEREBY STIPULATED by and among the undersigned parties, subject to Court approval as follows:

1. All of the captioned matters are hereby consolidated for all purposes under Civil Action No. 20-11059(MAS)(LHG) with the caption:

| | |
|---|---|
| IN RE: BANK OF NOVA SCOTIA SPOOFING LITIGATION | Civil Action No. 20-11059(MAS)(LHG) |

3

2. On a going forward basis, all papers relating to the consolidated actions shall be filed in Civil Action No. 20-11059(MAS)(LHG).

3. The Defendants' time to answer or otherwise move with respect to any of the complaints is extended until 45 days after the filing of a consolidated amended complaint. In the event that BNS Defendants file a motion to dismiss, Plaintiffs' shall file their responsive papers within 45 days after the filing of the motion to dismiss and the BNS Defendants' shall file their reply papers within 21 days after the filing of Plaintiffs' responsive papers.

| | |
|---|---|
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br>Liaison Counsel for Plaintiffs | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>BROWN & CONNERY, LLP |
| By:  /s/ James E. Cecchi<br>       JAMES E. CECCHI | Attorneys for the BNS Defendants THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA HOLDINGS (US) INC., SCOTIABANC INC., and THE BANK OF NOVA SCOTIA TRUST COMPANY OF NEW YORK |
| | By:  /s/ Susan M. Leming<br>       SUSAN M. LEMING |

SO ORDERED this 29th day of October, 2020

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

4