Varun A. Gumaste
Nicholas J. Lewin (*admitted pro hac vice*)
Jonathan F. Bolz (*admitted pro hac vice*)
Adam M. Gitlin (*admitted pro hac vice*)
KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, NY 10110
Tel: 212.390.9550
Varun.Gumaste@KKLllp.com
Nick.Lewin@KKLllp.com
Jonathan.Bolz@KKLllp.com
Adam.Gitlin@KKLllp.com

*Attorneys for Defendant Corey Flaum*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: BANK OF NOVA SCOTIA SPOOFING LITIGATION | Case No. 3:20-cv-11059-MAS-LHG<br><br>**DECLARATION OF VARUN A. GUMASTE**<br><br>**Motion Day:** October 4, 2021<br><br>**ORAL ARGUMENT REQUESTED** |

I, Varun A. Gumaste, declare as follows:

1. I am an associate at the law firm of Krieger Kim & Lewin, LLP, attorneys for Defendant Corey Flaum. I am a member of the bar of the State of New Jersey and am admitted to practice in this Court. I respectfully submit this declaration in support of Defendant Corey Flaum's Reply in Support of his Motion to Dismiss the Consolidated Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

2. Attached as Exhibit A is a true and accurate copy of *Hawk Mountain LLC v. Ram Cap. Grp. LLC*, 689 F. App'x 703 (3d Cir. 2017).

3. Attached as Exhibit B is a true and accurate copy of *C.F.T.C. v. Equity Fin. Grp., LLC*, No. 04 Civ. 1512 (RBK), 2006 WL 3751911 (D.N.J. Dec. 18, 2006), *on reconsideration*, 2007 WL 1038754 (D.N.J. Mar. 30, 2007).

4. Attached as Exhibit C is a true and accurate copy of *McWreath v. Range Res.-Appalachia, LLC*, 645 F. App'x 190 (3d Cir. 2016).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 15, 2021

_____
Varun A. Gumaste