Varun A. Gumaste
Nicholas J. Lewin (*admitted pro hac vice*)
Jonathan F. Bolz (*admitted pro hac vice*)
Adam M. Gitlin (*admitted pro hac vice*)
KRIEGER KIM & LEWIN LLP
500 Fifth Avenue, 34th Floor
New York, NY 10110
Tel: 212.390.9550
Varun.Gumaste@KKLllp.com
Nick.Lewin@KKLllp.com
Jonathan.Bolz@KKLllp.com
Adam.Gitlin@KKLllp.com

*Attorneys for Defendant Corey Flaum*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: BANK OF NOVA SCOTIA SPOOFING LITIGATION | Case No. 3:20-cv-11059-MAS-LHG<br><br>**CERTIFICATION OF SERVICE** |

Varun A. Gumaste hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and an associate of the firm of Krieger Kim & Lewin LLP, attorneys for Defendant Corey Flaum.

2. On September 15, 2021, I did cause a Reply in Support of Defendant Corey Flaum's Motion to Dismiss the Consolidated Amended Complaint and Declaration of Varun A. Gumaste with Exhibits to be electronically filed with the Court.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 15, 2021        _____
                                 Varun A. Gumaste