# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Susan M. Leming, Esq.
sleming@brownconnery.com

August 5, 2022

<u>Via ECF</u>
The Honorable Michael A. Shipp
United States District Judge
United States District Court
  for the District of New Jersey
Clarkson S. Fisher Federal Building
402 E. State Street
Trenton, New Jersey 08608

Re: *In Re: Bank of Nova Scotia Spoofing Litigation*,
Civil Action No. 20-11059 (MAS)(RLS)

Dear Judge Shipp:

We write, on behalf of Defendants The Bank of Nova Scotia, Scotia Capital (USA) Inc., Scotia Holdings (US), Inc., The Bank of Nova Scotia Trust Company of New York, and Corey Flaum (together, "Defendants"), and Plaintiffs, to inform the Court that Plaintiffs and Defendants have signed a confidential, binding settlement term sheet to resolve the action. The confidential term sheet, which was executed on August 4, 2022, includes an agreement to negotiate, finalize, and file formal settlement documents within 90 days. If approved by the Court, the settlement will resolve this action in its entirety.

As a result, and to effectuate the terms of the agreement, Plaintiffs and Defendants request that the Court suspend existing case deadlines to enable the parties to finalize and file a motion for preliminary approval of the settlement on or before November 2, 2022.

We are available to discuss this matter further at the Court's convenience.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*s/ Susan M. Leming*

Susan M. Leming

cc: All counsel of record (*via ecf*)