CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re BANK OF NOVA SCOTIA SPOOFING LITIGATION | ) No. 3:20-cv-11059-MAS-RLS )  ) <u>CLASS ACTION</u> ) |
| This Document Relates To:  ALL ACTIONS. | ) NOTICE OF MOTION AND MOTION ) FOR FINAL APPROVAL OF ) SETTLEMENT AND APPROVAL OF ) DISTRIBUTION PLAN ) |

PLEASE TAKE NOTICE that on November 6, 2023, or such other date as the Court may set, Class Plaintiffs, on behalf of the Settlement Class, through counsel, shall move the Honorable Michael A. Shipp, pursuant to the Court's Order Preliminarily Approving Proposed Settlement, Scheduling Hearing for Final Approval Thereof, and Approving the Proposed Form and Program of Notice to the Class entered on May 12, 2023 (ECF 84), for the entry of a Final Approval Order and Final Judgment.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Class Plaintiffs will reply upon: Memorandum of Law in Support of Motion for Final Approval of Settlement and Approval of Distribution Plan; Declaration of James E. Cecchi; Declaration of Jack Ewashko; Stipulation and Agreement of Settlement; and all other proceedings herein.

Class Plaintiffs seek oral argument on this motion.

DATED: September 11, 2023     Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.


                                 s/ James E. Cecchi
                                 JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

Court/Government Liaison for Plaintiffs

ROBBINS GELLER RUDMAN
  & DOWD LLP
ALEXANDRA S. BERNAY (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

NUSSBAUM LAW GROUP, P.C.
LINDA P. NUSSBAUM (*pro hac vice*)
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: 212/702-7053
212/681-0300 (fax)
lnussbaum@nussbaumpc.com

KOREIN TILLERY, LLC
CHRISTOPHER M. BURKE (*pro hac vice*)
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: 619/625-5621
314/241-3525 (fax)
cburke@koreintillery.com

KOREIN TILLERY LLC
GEORGE A. ZELCS (*pro hac vice*)
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Telephone: 312/641-9750
312/641-9751 (fax)
gzelcs@koreintillery.com

- 3 -

SCOTT+SCOTT
ATTORNEYS AT LAW LLP
KRISTEN M. ANDERSON (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/233-6444
212/233-6334 (fax)
kanderson@scott-scott.com

Interim Co-Lead Counsel for Plaintiffs

- 3 -