**Robbins Geller Rudman & Dowd LLP**

| | | |
|---|---|---|
| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Alexandra S. Bernay
xanb@rgrdlaw.com

September 27, 2023

<u>VIA ECF</u>

The Honorable Michael A. Shipp
United States District Judge
United States District Court
  for the District of New Jersey
Clarkson S. Fisher Federal Building
402 E. State Street
Trenton, NJ  08608

The Honorable Rukhsanah L. Singh
United States Magistrate Judge
United States District Court
  for the District of New Jersey
Clarkson S. Fisher Federal Building
402 E. State Street
Trenton, NJ  08608

      Re:    *In re Bank of Nova Scotia Spoofing Litigation*,
             No. 3:20-cv-11059-MAS-RLS (D.N.J.)

Dear Judges Shipp and Singh:

      Pursuant to paragraph 27 of the Court's Order preliminarily approving the Settlement in this Action (ECF 84), the Class Administrator has provided the required Declaration regarding requests for exclusion.  As detailed in Attachment A, there have been no requests for exclusion in this matter.

Respectfully submitted,

/s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

Attachment

cc:    All Counsel of Record (via ECF)